# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1515

ENERGY RECOVERY, INC.,

        Plaintiff-Appellee,

v.

LEIF J. HAUGE,

        Defendant-Appellant,

and

ENERGY RECOVERY INTERNATIONAL, INC.,

        Defendant.

Appeal from the United States District Court for the Eastern District of Virginia in case no. 00-CV-0431, Judge Raymond A. Jackson.

Authorized Abbreviated Caption[2]

ENERGY RECOVERY, INC. V HAUGE, 2013-1515

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.